UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HANNAN,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>COMPUCREDIT,<br><br>　　　　　　　Defendant. | Civil Action No.: 2:09-cv-01023-GLL |

**ORDER**

AND NOW, this 22nd day of Oct 2009, upon consideration of Plaintiff's Motion to Dismiss Defendant's Counterclaim and any response filed by Defendant, it is hereby ORDERED that Plaintiff's Motion is GRANTED and that Defendant's Counterclaim against Plaintiff is DISMISSED ~~WITH PREJUDICE~~ w/out Prejudice.

BY THE COURT:

_____
Judge Gary L. Lancaster