UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Joe Hannan,

          Plaintiff,

v.

Compucredit,

          Defendant.

Civil Action No.: 2:09-cv-01023-GLL

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Compucredit with prejudice and without costs to any party.

Joe Hannan      Com             pucredit

/s/ Jody B. Burton             /s/ Brett Messinger

Jody Burton, Esq. (71681)          Brett Messinger, Esq. (63020)
LEMBERG & ASSOCIATES         Duane Morris
1100 Summer Street, 3rd Floor      30 South 17th St.
Stamford, CT 06905               Philadelphia, PA 19103-4196
(203) 653-2250                    (215) 979-1508
Attorney for Plaintiff               Attorney for Defendant

_/s/ Gary L. Lancaster_

SO ORDERED

DATED: 12-11-09